DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADRIANA ARROYO,**
Appellant,

v.

**FRANK MARRERO** and **CARMAX AUTO SUPERSTORES, INC.,**
Appellees.

No. 4D21-1635

[March 31, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 12-12125 CACE (14).

Randall Nordlund of Nordlund P.A., Miami, for appellant.

Todd A. Fodiman and Jeffrey A. Sudduth of Legon Fodiman & Sudduth, P.A., Miami, for appellee CarMax Auto Superstores, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***